UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL H. GLICK and FINANCIAL MANAGEMENT STRATEGIES, INC.<br><br>Defendants,<br><br>and<br><br>GLICK ACCOUNTING SERVICES, INC., EDWARD H. FORTE, and DAVID B. SLAGTER,<br><br>Relief Defendants. | Case No. 17-cv-2251<br><br>Judge Virginia M. Kendall<br><br>Magistrate Judge Jeffrey T. Gilbert |

**MOTION OF DANIEL H. GLICK TO LIFT ASSET
FREEZE TO PAY ATTORNEY FEES**

Daniel H. Glick ("Glick"), by his attorney, Peter B. Shaeffer ("Shaeffer"), moves for relief from the asset freeze as to him solely with respect to the payment of the legal fees of Shaeffer incurred after the date of the entry of the asset freeze. In support of this motion, Glick would show as follows:

1. On March 23, 2017, this court entered its Temporary Restraining Order, Asset Freeze, and Other Ancillary Relief ("TRO"). The relief in the TRO, including the Asset Freeze,

was continued in the Order of Preliminary Injunction, Asset Freeze, and Other Ancillary Relief ("Preliminary Injunction") entered on April 6, 2017.

2. The Asset Freeze in the TRO and the Preliminary Injunction ordered that:

"All funds and other assets held, managed or controlled, whether directly or indirectly, by defendant Glick…are hereby frozen."

This Asset Freeze extended to all funds of Glick whether related to the subject matter of the SEC action or not.

3. The relief sought in this motion is from the asset freeze of funds of Daniel Glick which are not related to the subject matter of this SEC action and which have been held in the client funds account of Durkin & Roberts since on or about December 28, 2016 (the "Funds").

4. The Trust was created in 1986 and no funds were contributed to the Trust after that date. The money used to create the insurance trust did not come from any money related to this SEC action.

5. The Funds were generated from the distribution of Glick's interest in the Joshua H. Glick Life Insurance Trust (the "Trust"). At the time of the liquidation, Glick was the remaining Trustee of the Trust. In determining the authority of Glick to cause the distribution, confirmation of that authority was received by Durkin & Roberts from Glick's brother who had previously been a co-trustee of the Trust.

6. No legal fees for services rendered on or after the date of the asset freeze, or expenses incurred after that date with respect to the representation of Glick or any company associated with Glick, have been paid to Shaeffer or Durkin & Roberts from any source.

7. Glick seeks relief from the Asset Freeze of the Funds to pay Shaeffer the amount of $22,100 for the 110.50 professional hours set forth below during the period from March 23,

2017 to August 17, 2017. This represents a 50% discount from Shaeffer's agreed hourly rate of $400 per hour.

| Time | Description of Services |
|---|---|
| 11.40 | Review of SEC pleadings – Complaint and evidentiary filings |
| 1.50 | Preliminary Injunction |
| 2.00 | Answer |
| 17.90 | Responses to SEC requests regarding privileged documents |
| 14.00 | Communications with and about repatriation order and letters to and responses from Israeli companies. |
| 28.50 | Court ordered accounting for Financial Management Services, Inc. |
| 20.20 | Matters relating to possible settlement of action |
| 15.00 | Response by Glick to Motion for Contempt against Financial Management Services, Inc. |
| 110.50 | |

**WHEREFORE,** Glick respectfully requests the entry of an Order lifting the Asset Freeze for the sole purpose of authorizing the payment of $22,100 to Shaeffer from the client funds account of Durkin & Roberts.

Dated: September 20, 2017

Respectfully submitted,

/s/ Peter B. Shaeffer
119 Joan Drive
Barrington, IL 60010
Attorney for Daniel H. Glick
847-382-5844
pshaefflaw@aol.com

CERTIFICATE OF SERVICE

       I, Peter B. Shaeffer, an attorney, hereby certify that on the 20th day of September, 2017, I electronically filed and served the MOTION OF DANIEL H. GLICK TO LIFT ASSET FREEZE TO PAY ATTORNEY FEES, and corresponding NOTICE OF MOTION using CM/ECF upon the following:

Steven C. Seeger
Jeffrey Alan Shank
Michelle Munoz Durk
U.S. Securities and Exchange Commission
175 West Jackson Boulevard
Chicago, IL 60604-2601
Seegers@sec.gov
shankj@sec.gov
munozdurkm@sec.gov
Attorneys for Plaintiff
U.S. Securities and Exchange Commission

James McGurk
123 N. Wacker Drive – Ste. 250
Chicago, IL 60606
james@jamesmcgurklaw.com
Attorney for David B. Slagter

Eric Onyango
Prime Legal, LLC
222 North Columbus Drive
#1507
Chicago, IL 60601
eriquelaw@gmail.com
Attorney for Edward H. Forte

                              ___s/ Peter B. Shaeffer