UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____
                                    )
UNITED STATES SECURITIES            )
AND EXCHANGE COMMISSION,            )
                                    )
            Plaintiff,              )   Case No. 17-cv-2251
                                    )
        v.                          )   Hon. Virginia M. Kendall
                                    )
DANIEL H. GLICK and                 )
FINANCIAL MANAGEMENT                )
STRATEGIES INC.,                    )
                                    )
            Defendants,             )
                                    )
    and                             )
                                    )
GLICK ACCOUNTING SERVICES INC.,     )
EDWARD H. FORTE, and                )
DAVID B. SLAGTER,                   )
                                    )
            Relief Defendants.      )
_____ )

**SECURITIES AND EXCHANGE COMMISSION'S
MOTION FOR ENTRY OF JUDGMENT
AGAINST DEFENDANT DANIEL H. GLICK,
DEFENDANT FINANCIAL MANAGEMENT STRATEGIES INC.,
<u>AND RELIEF DEFENDANT GLICK ACCOUNTING SERVICES INC.</u>**

The SEC respectfully moves for the entry of judgment against defendant Daniel Glick and his two companies, defendant Financial Management Strategies Inc. ("FMS") and relief defendant Glick Accounting Services Inc. In support of this motion, the SEC states as follows:

1. As previewed for the Court during the hearing on April 4, 2018, the SEC has reached a bifurcated settlement with Glick and his two companies. The settlement basically resolves everything as to those parties, except the monetary relief.

2. Glick, FMS, and Glick Accounting Services have consented to the entry of judgment against them. Exhibits 1-3 are executed copies of the consents. **Exhibit 1** is the Consent of Defendant Daniel Glick. **Exhibit 2** is the Consent of Defendant Financial Management Strategies Inc. **Exhibit 3** is the Consent of Relief Defendant Glick Accounting Services Inc.

3. Exhibits 4-6 are the proposed judgments. **Exhibit 4** is the Judgment as to Defendant Daniel Glick. **Exhibit 5** is the Judgment as to Defendant Financial Management Strategies Inc. **Exhibit 6** is the Judgment as to Relief Defendant Glick Accounting Services. Glick, FMS, and Glick Accounting Services have agreed to the proposed judgments. *See* Consent of Defendant Daniel Glick, at ¶ 3 (Ex. 1); Consent of Defendant Financial Management Strategies Inc., at ¶ 2 (Ex. 2); Consent of Relief Defendant Glick Accounting Services Inc., at ¶ 2 (Ex. 3).

4. Among other things, Glick and FMS have agreed to the entry of permanent injunctions restraining them from violating the federal securities laws. *See, e.g.,* Consent of Defendant Daniel Glick, at ¶ 3 (Ex. 1); Judgment as to Defendant Daniel Glick, at §§ I – III (Ex. 4). There is no permanent injunction against Glick Accounting Services because it is a relief defendant, and thus was not charged with violating the federal securities laws.

5. Glick, FMS, and Glick Accounting Services also have agreed to repatriate foreign assets to the United States. *See, e.g.,* Consent of Defendant Daniel Glick, at ¶ 16 (Ex. 1); Judgment as to Defendant Daniel Glick, at § V (Ex. 4). In particular, they have agreed to cooperate with the orderly liquidation, transfer, and repatriation of any foreign assets, including the Israeli investments identified in this action. All proposed sales would be subject to the approval of this Court or the Court in *United States v. Glick*, 17-cr-739 (N.D. Ill.).

6.      Glick, FMS, and Glick Accounting Services have agreed to the disgorgement of ill-gotten gains, as well as prejudgment interest.  *See, e.g.,* Consent of Defendant Daniel Glick, at ¶ 5 (Ex. 1); Judgment as to Defendant Daniel Glick, at § IV (Ex. 4).  This Court will determine the amount of disgorgement and prejudgment interest at a later date, after the SEC files a motion.  *Id.*  In addition, Glick and FMS have agreed that the Court will decide the amount of any civil penalty (again, at a future time).  *Id.*

7.      The sentencing of Daniel Glick is currently scheduled for April 17, 2018.  *See United States v. Glick*, 17-cr-739 (N.D. Ill.) (Gettleman, J.).  The sentence may include a restitution order.  After sentencing, the SEC will return to this Court and address the issue of monetary relief, the last remaining issue for Glick and his two companies.

8.      Glick, FMS, and Glick Accounting Services agreed that the "Commission may present the Judgment to the Court for signature and entry without further notice."  *See* Consent of Defendant Daniel Glick, at ¶ 17 (Ex. 1); Consent of Defendant Financial Management Strategies, at ¶ 15 (Ex. 2); Consent of Relief Defendant Glick Accounting Services, at ¶ 14 (Ex. 3).

WHEREFORE, the SEC respectfully moves for the entry of judgment against defendant Daniel Glick, defendant Financial Management Strategies Inc., and relief defendant Glick Accounting Services Inc.

Dated: April 11, 2018               Respectfully submitted,

                                    /s/ Steven C. Seeger

                                    Steven C. Seeger (Seegers@sec.gov)
                                    Jeffrey A. Shank (Shankj@sec.gov)
                                    Michelle Muñoz Durk (Munozdurkm@sec.gov)
                                    U.S. Securities and Exchange Commission
                                    175 W. Jackson Blvd., Suite 1450
                                    Chicago, Illinois  60604-2615
                                    Phone:  (312) 353-7390
                                    Fax:  (312) 353-7398

                                    *Attorneys for Plaintiff*
                                    *U.S. Securities and Exchange Commission*