**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** ) | |
| ) | |
| **Plaintiff,** ) | **Case No. 17-cv-2251** |
| ) | |
| **v.** ) | **Hon. Virginia M. Kendall** |
| ) | |
| **DANIEL H. GLICK and** ) **FINANCIAL MANAGEMENT** ) **STRATEGIES INC.,** ) | |
| ) | |
| **Defendants,** ) | |
| ) | |
| **and** ) | |
| ) | |
| **GLICK ACCOUNTING SERVICES INC.,** ) **EDWARD H. FORTE, and** ) **DAVID B. SLAGTER,** ) | |
| ) | |
| **Relief Defendants.** ) | |

## JUDGMENT AS TO RELIEF DEFENDANT GLICK ACCOUNTING SERVICES INC.

The Securities and Exchange Commission having filed a Complaint, and Relief

Defendant Glick Accounting Services Inc. ("Relief Defendant") having (1) entered a general

appearance; (2) consented to the Court's jurisdiction over Relief Defendant and the subject

matter of this action; (3) consented to entry of this Judgment; (4) waived findings of fact and

conclusions of law; and (5) waived any right to appeal from this Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Relief Defendant shall pay disgorgement of ill-gotten gains and prejudgment interest thereon. The Court shall determine the amount of the disgorgement upon motion of the Commission. Prejudgment interest shall be calculated from July 31, 2015, based on the rate of interest used by the Internal Revenue Service for the underpayment of federal income tax as set forth in 26 U.S.C. § 6621(a)(2). In connection with the Commission's motion for disgorgement, and at any hearing held on such a motion: (a) Relief Defendant may not challenge the validity of the Consent or this Judgment; (b) for the purposes of such motion, the allegations of the Complaint shall be accepted as and deemed true by the Court; and (c) the Court may determine the issues raised in the motion on the basis of affidavits, declarations, excerpts of sworn deposition or investigative testimony, and documentary evidence, without regard to the standards for summary judgment contained in Rule 56(c) of the Federal Rules of Civil Procedure. In connection with the Commission's motion for disgorgement, the parties may take discovery, including discovery from appropriate non-parties.

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Relief Defendant shall repatriate, and take such steps as are necessary to repatriate, to the territory of the United States of America, any and all funds and assets, held by or in the name of Relief Defendant, or in which Relief Defendant, directly or indirectly, has or had any beneficial interest, or over which Relief Defendant maintained or maintains or exercised or exercises control. Relief Defendant shall cooperate to locate and facilitate the orderly liquidation, transfer, and repatriation to the territory of the United States of any such assets, as this Court or the Court in *United States v.*

2

*Glick*, 17-cr-739 (N.D. Ill.), may deem necessary and appropriate. Among other things, Relief Defendant shall request, obtain, and provide all requisite information to the SEC, and shall execute all requisite documentation to facilitate the liquidation, transfer, and repatriation to the territory of the United States of any such assets. All proposed sales or liquidations shall be subject to the review and approval of this Court or the Court in *United States v. Glick*, 17-cr-739 (N.D. Ill.). Relief Defendant shall not sell, liquidate, transfer, dissipate, or encumber any such assets unless and until ordered to do so by this Court or by the Court in *United States v. Glick*, 17-cr-739 (N.D. Ill.). This paragraph applies to, without limitation, the investments in the Israeli companies previously identified in the SEC's memoranda and supporting papers in this action.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Relief Defendant shall comply with all of the undertakings and agreements set forth therein.

Dated: _4-17_, 2018

UNITED STATES DISTRICT JUDGE

3