UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) |
| Plaintiff, | ) Case No. 17-cv-2251 ) |
| v. | ) Hon. Virginia M. Kendall ) |
| DANIEL H. GLICK and FINANCIAL MANAGEMENT STRATEGIES INC., | ) ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| GLICK ACCOUNTING SERVICES INC., EDWARD H. FORTE, and DAVID B. SLAGTER, | ) ) ) ) |
| Relief Defendants. | ) ) |

**FINAL JUDGMENT AS TO RELIEF DEFENDANT**
**GLICK ACCOUNTING SERVICES INC.**

The Securities and Exchange Commission having filed a Complaint, and Relief Defendant Glick Accounting Services Inc. ("Relief Defendant") having (1) entered a general appearance; (2) consented to the Court's jurisdiction over Relief Defendant and the subject matter of this action; (3) consented to entry of this Final Judgment; (4) waived findings of fact and conclusions of law; and (5) waived any right to appeal from this Final Judgment:

I.

IT IS ORDERED, ADJUDGED, AND DECREED that Relief Defendant shall repatriate, and take such steps as are necessary to repatriate, to the territory of the United States of America, any and all funds and assets, held by or in the name of Relief Defendant, or in which Relief Defendant, directly or indirectly, has or had any beneficial interest, or over which Relief Defendant maintained or maintains or exercised or exercises control. Relief Defendant shall cooperate to locate and facilitate the orderly liquidation, transfer, and repatriation to the territory of the United States of any such assets, as this Court or the Court in *United States v. Glick*, 17-cr-739 (N.D. Ill.), may deem necessary and appropriate. Among other things, Relief Defendant shall request, obtain, and provide all requisite information to the SEC, and shall execute all requisite documentation to facilitate the liquidation, transfer, and repatriation to the territory of the United States of any such assets. All proposed sales or liquidations shall be subject to the review and approval of this Court or the Court in *United States v. Glick*, 17-cr-739 (N.D. Ill.). Relief Defendant shall not sell, liquidate, transfer, dissipate, or encumber any such assets unless and until ordered to do so by this Court or by the Court in *United States v. Glick*, 17-cr-739 (N.D. Ill.). This paragraph applies to, without limitation, the investments in the Israeli companies previously identified in the SEC's memoranda and supporting papers in this action.

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Relief Defendant shall comply with all of the undertakings and agreements set forth therein.

III.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: 9-19, 2018

_____
UNITED STATES DISTRICT JUDGE