IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| *Plaintiff,* | ) | |
| v. | ) ) | |
| DANIEL H. GLICK and FINANCIAL MANAGEMENT STRATEGIES INC., | ) ) ) | No. 17 C 2251 |
| *Defendants* | ) ) | Hon. Virginia M. Kendall |
| and | ) ) | |
| GLICK ACCOUNTING SERVICES INC., EDWARD H. FORTE, and DAVID B. SLAGTER, | ) ) ) ) | |
| *Relief Defendants.* | ) | |

## DEFAULT JUDGMENT

THIS MATTER is before the Court on Plaintiff's Motion for Default Judgment against relief Defendant Edward Forte (Dkt. 68). This Court entered of an Order of Default on July 13, 2017 (Dkt. 53).

IT IS ORDERED:

The Court grants SEC's Motion for a Default Judgment against Relief Defendant Edward Forte (Dkt. 68) and orders entry of default judgment against Forte totaling $1,044,270: $1,013,637 in disgorgement of ill-gotten gains Forte received from Glick during the course of the scheme and $30,633 in prejudgment interest.

Dated this 4th day of January, 2019

Hon. Virginia M. Kendall
United States District Judge17-2551

1