UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 17-cv-2251 |
| v. | ) ) | Hon. Virginia M. Kendall |
| DANIEL H. GLICK and FINANCIAL MANAGEMENT STRATEGIES INC., | ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| GLICK ACCOUNTING SERVICES INC., EDWARD H. FORTE, and DAVID B. SLAGTER, | ) ) ) ) | |
| Relief Defendants. | ) ) | |

**SECURITIES AND EXCHANGE COMMISSION'S
MOTION FOR JUDGMENT OR OTHER RELIEF UNDER RULE 37
AGAINST RELIEF DEFENDANT DAVID SLAGTER**

The SEC respectfully moves for judgment in light of relief defendant David Slagter's recurring failure to serve interrogatory responses as ordered by this Court. *See* Fed. R. Civ. P. 37(b)(2)(A)(ii), (vi). Slagter has, once again, blown off this Court's deadline to answer interrogatories – interrogatories that the SEC served shortly after Labor Day. His non-compliance is only the latest example of Slagter's failure to comply with this Court's Orders. Slagter has chosen not to follow this Court's Orders, and it is time for him to bear the consequences of his decision.

For the foregoing reasons, and for the reasons stated more fully in the accompanying Memorandum, the SEC respectfully moves for judgment or other relief against Slagter under Rule 37(b).


Dated: March 29, 2019                                  Respectfully submitted,

/s/ Michelle Muñoz Durk

Jeffrey A. Shank (Shankj@sec.gov)
Michelle Muñoz Durk (Munozdurkm@sec.gov)
U.S. Securities and Exchange Commission
175 W. Jackson Blvd., Suite 1450
Chicago, Illinois  60604-2615
Phone:  (312) 353-7390
Fax:  (312) 353-7398

*Attorneys for Plaintiff*
*U.S. Securities and Exchange Commission*